IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES ADAMS, JR.,

    Petitioner,

v.

PAUL THOMPSON, Warden,

    Respondent.

CIVIL ACTION NO. CV605-017

## ORDER

On September 27, 2005, the Magistrate Judge entered a Report recommending that the habeas corpus action filed by James Adams, Jr., be dismissed. In lieu of filing objections, Petitioner filed a Motion to Dismiss Without Prejudice. After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED**. The petition for writ of *habeas corpus*, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this _31st_ day of _October_, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)